IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| **INTERFACE IP HOLDINGS LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**PUBLIC JOINT STOCK COMPANY «AEROFLOT – RUSSIAN AIRLINES»,**<br><br>Defendant. | **Civil Action No. 6:19-cv-517-ADA**<br><br>**JURY TRIAL DEMANDED** |

### NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

WHEREAS, the parties have reached a settlement including an agreement to dismiss this action with prejudice, each side bearing its own costs and fees;

WHEREAS, pursuant to Rule 41(a)(1)(A)(i), Plaintiff may voluntarily dismiss an action without Court order before the opposing party serves either an answer or a motion for summary judgment;

WHEREAS, Defendant has not served either an answer or motion for summary judgment;

NOW THEREFORE, Plaintiff, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action with prejudice, with each side to bear its own costs and fees.

Dated: December 23, 2019                    Respectfully submitted,

                              By: */s/ Bradford J. Black*

                                  Bradford J. Black

        Texas Bar No. 24086243
        BRADFORD BLACK P.C.
        4 Embarcadero Center, Suite 1400
        San Francisco, CA 94111
        Email: bblack@bradfordblack.com
        Tel: (415) 813-6210
        Fax: (415) 813-6222

        Matt Olavi
        Texas Bar No. 24095777
        OLAVI LAW P.C.
        401 Congress Avenue, Suite 1540
        Austin, Texas 78701
        Email: molavi@olavilaw.com
        Tel: (512) 717-4485
        Fax: (512) 717-4495

        **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF CONFERENCE

The undersigned counsel certifies that all parties have conferred and that no party is opposed to the relief sought herein.

        */s/   Bradford J. Black*
        Bradford J. Black

## CERTIFICATE OF SERVICE

I hereby certify that, on December 23, 2019, I am filing the foregoing document electronically with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all CM/ECF participants.

        */s/   Bradford J. Black*
        Bradford J. Black